IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:05CV395 |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| ANNA MAE REECE, | ) | |
| | ) | |
| Defendants. | ) | |

Upon the suggestion of bankruptcy (filing 5) filed by defendant Anna Mae Reece,

IT IS ORDERED:

1. This case is referred to the United States Bankruptcy Court for the District of Nebraska;

2. This case shall be terminated for statistical purposes by the Clerk of the United States District Court for the District of Nebraska; and

3. The Clerk of the United States District Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

September 14, 2005.                    BY THE COURT:

                                                                       *s/Richard G. Kopf*
                                                                       United States District Judge